**Order entered August 23, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00777-CV

### JOSEPH AND NADIA ABUZAID, Appellants

### V.

### MODJARRAD AND ASSOCIATES, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06551**

## ORDER

Before the Court is appellee's motion to dismiss for want of jurisdiction and appellants' motion to remove the designation of this appeal as an accelerated appeal. We **DENY** appellee's motion to dismiss. We **GRANT** appellants' motion to remove the accelerated appeal designation from this cause and **DIRECT** the clerk of the court to remove the accelerated appeal designation from this cause. We further **ORDER** that Appellants' brief is due to be filed August 31, 2016. TEX. R. APP. P. 38.6(a).

/s/     ELIZABETH LANG-MIERS
          JUSTICE